

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-19-00371-CR

Arthur **THOMAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 17-155-CR
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

On April 15, 2020, this court issued its opinion and judgment in this appeal. On April 30, 2020, Appellant timely filed a motion for a twenty-one-day extension of time to file a motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8.

Appellant's motion for extension of time is GRANTED. Appellant's motion for rehearing is due on May 21, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court